GEORGE M. FREEMAN, RESPONDENT, v. RAILWAY EXPRESS AGENCY, APPELLANT.

Submitted October 30, 1936—Decided January 22, 1937.

For the respondent, *D. Joseph Novaria*.

For the appellant, *Cox & Walburg*.

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Trenchard, Heher, Perskie, Hetfield, Dear, Wells, Wolfs-Keil, Rafferty, Cole, JJ.   11.

*For reversal*—None.